NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MH SYSTEMS, INC.,**
*Appellant*

**v.**

**COLDHARBOUR MARINE LIMITED,**
*Appellee*

---

2016-1768

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,559.

---

## JUDGMENT

---

BRADLEY D. ROUSH, Foley & Lardner LLP, Washington, DC, argued for appellant. Also represented by GEORGE ELLSWORTH QUILLIN, JESSICA FLORES; MATTHEW AMBROS, Boston, MA.

PETER DANIEL SIDDOWAY, Sage Patent Group, PLLC, Raleigh, NC, argued for appellee. Also represented by LYNNE A. BORCHERS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 8, 2017            /s/Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                 Clerk of Court